Filed on Demand

FILED

JEFF DONOHUE
DYNAMIC SOTFTWARE DESIGN, INC
25202 CRENSHAW BLVD
TORRANCE, CA 90505
TELEPHONE: (310) 530-6000

2020 MAR 16 PM 2:51

DEFENDANT IN PROPER

UNITED STATES DISTRICT COURT
~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~
~~COUNTY OF LOS ANGELES INGLEWOOD COURTHOUSE~~
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY PROPERTY MANAGEMENT INC,<br><br>Plaintiff,<br><br>v.<br><br>JEFF DONAHUE, DYNAMIC SOFTWARE DESIGN, INC.<br>DOES 1 to 10, inclusive<br><br>Defendant(s) | CASE NUMBER: **CV20-02500-JAK-RAOx**<br><br>**NOTICE OF AND APPLICATION FOR REMOVAL OF UNLAWFUL DETAINER STATE COURT ACTION:**<br><br>**CASE NUMBER: 19IWUD01798**<br><br>**TO THE FEDERAL COURT'S JURISDICTION PURSUANT TO 28 U.S.C. SECTION 1446** |

**TO PLAINTIFF, SOUTH BAY PROPERTY MANAGEMENT, INC. AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT DEFENDANTS AND MOVING PARTY,** JEFF DONOHUE & DYNAMIC SOFTWARE DESIGN, INC, hereby submits the following Application for Removal of State Court Action, Case Number: **19IWUD01798** which is an Unlawful Detainer to the Federal District Court, Central District of California.

PAID
MAR 16 2020
Clerk, US District Court
COURT 4612

1

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

The property at issue in this Complaint is a office Suite located in the county of Los Angeles, City of Los Angeles. The property address is 25202 CRENSHAW BLVD., SUITE # 350, TORRANCE, CA 90505. The legal description of the property is:

The grounds for such removal is being based on claims "arising under" federal law under 28 U.S.C. 1441 et seq. and *Hunter v. Philip Morris USA,* 582 F.3d 1039, 1942 (9th Cir. 2009); 28 USC 1331. The "Protecting Tenants at Foreclosure Act 2009" (hereafter "PTFA") 12 USC 5220, pre-empts state law as to bona fide residential tenants of foreclosed landlords. *Florida Lime & Avocado Growers, Inc v. Paul,* 373 U.S. 132, 142-43 (1963).

Under California law, a foreclosure automatically terminates any junior rental agreements. *Bank of America v. Hirsch Merc. Co.* 64 Cal App 2d 175, 182 (1944). Federal law, under PTFA, makes the purchaser at the foreclosure sale subject to the rights of the existing bona fide tenant. Defendant and Moving parties JEFF DONOHUE & RICHARD EYMAN have a lease agreement with a tenant in the property at issue named JEFF DONOHUE & RICHARD EYMAN (hereafter "the tenant") which is a one-year lease which will expire on January 1, 2016. Defendants have an agreement with the tenant that he will be month-to-month when the lease expires. The tenancy is protected by federal law. Then tenant has not received NOTICE of EVICTION.

Whereas under California law, a foreclosure eviction may be filed as to any such tenant on a mere sixty (60) days NOTICE OF TERMINATION, the PFTA requires that a full ninety (90) days NOTICE to a valid tenant be given. California Civil Code §s 1161(a), 1161(b); PTFA §701(a)(1).

It is impossible to evict a bona fide residential tenant of a foreclosed landlord in California under State law, since the cause of action is purely a Federal one in ejectment. In order to evict a bona fide residential tenant of a foreclosed landlord, Plaintiff was required to state a cause of action under the PFTA, but the Complaint in this action was filed in State Court as artful pleading, entitled as "Unlawful Detainer." The Plaintiff intentionally fails to allege compliance with the PTFA, and seeks to avoid the protections of the PTFA by **serving only a three (3) Day NOTICE**. The Plaintiff cannot defeat removal by omitting necessary federal questions in the complaint.

Where the cause of action is based on state law, the district court has subject matter jurisdiction over the case if (1) the federal issues are essential to the claims, (2) there is a substantial federal interest in resolving such issues, and (3) a federal forum may entertain the state law claims without disturbing the balance of federal and state judicial responsibilities. *Grable & Sons Metal Prods v. DarueEng.r& Mfg.* 546 US 308, 313, 315 (2005). Here the PTFA is essential to the right of possession, Congress passed the PTFA to express its substantial interest in such issues, and the "balance" of judicial responsibilities is apparent and should not be disturbed.

The state court complaint pleads and alleges claims "arising under" federal law and there are no absolute expressed prohibition against removal of the federal claims set forth therein.

The Tenant is a bona fide residential tenant and Defendants are landlord under the lease.

ATTACHED HERETO, PLEASE FIND EXHIBIT 1, THE COMPLAINT AND SUMMONS FOR THE STATE COURT ACTION NUMBER: **19IWUD01798**

**TIMELY FILING OF NOTICE.**

On or about October 2, 2019, the court at a motion to quash summons hearing declared Defendant had received Complaint through service of process through substitution service. This Notice is timely filed in accordance with 28 U.S.C. §1446(b), since less than thirty (30) days have elapsed since Defendant first received the pleading setting forth the claim for relief upon which this removal is based.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of CALIFORNIA COUNTY OF LOS ANGELES, INGLEWOOD, entitled SOUTH BAY PROPERTY MANAGEMENT INC., v. Jeff Donohue and Dynamic Software Design, Inc does 1 to 10 inclusive LOS ANGELES County Superior Court, Case No. **19IWUD01798** in the State-Court Action.

In addition, Plaintiff has been served with this Notice of Removal, and the additional supporting pleadings, as reflected in the concurrently filed Proof of Service.

**PRAYER FOR REMOVAL**

WHEREFORE, Defendant prays that this civil action be removed from the Superior Court of the State of CALIFORNIA COUNTY OF LOS ANGELES NORTHEAST DISTRICT, INGLEWOOD COURTHOUSE, entitled entitled SOUTH BAY PROPERTY MANAGEMENT INC., v. Jeff Donahue and Dynamic Software Design, Inc does 1 to 10 inclusive LOS ANGELES County Superior Court, Case No. **19IWUD01798** to the United States District Court for the Northern District of California, Western Division.

Dated: March 11, 2020

By: /s/ Jeff Donahue

JEFF DONAHUE
Defendant in Pro Per

Dated: March ___, 2020

By: /s/

DYNAMIC SOFTWARE DESIGN, INC
Defendant in Pro Per